IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | NO. 3-05-CR-0067-N |
| | § | NO. 3-12-CV-0934-N |
| ROBERT L. MIHAILOVICH | § | |
| | § | |
| Defendant. | § | |

## RECOMMENDATION REGARDING MOTION TO PROCEED
### *IN FORMA PAUPERIS* ON APPEAL

A Notice of Appeal has been filed in the above captioned action in which:
- ( ) the District Court has entered a final order in a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254.
- (X) the District Court has entered a final order in a proceeding pursuant to 28 U.S.C. § 2255.

Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), the undersigned Magistrate Judge recommends as follows:

**IFP STATUS**:
- (X) the party appealing should be GRANTED leave to proceed *in forma pauperis*.
- ( ) the party appealing is proceeding *in forma pauperis*.
- ( ) the party appealing should be DENIED leave to proceed *in forma pauperis* for the following reason(s):
  - ( ) the Court recommends that the District Court certify, pursuant to Fed. R. App. P. 24(a) and 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good faith;
  - ( ) the person appealing is not a pauper because he has paid the appellate filing fee;
  - ( ) the person appealing has not complied with the requirements of Rule 24 of the Federal Rules of Appellate Procedure and/or 28 U.S.C. § 1915(a)(1) as ordered by the Court. (See Notice of Deficiency and Order entered on _____ _____).

SIGNED this 3RD day of July, 2012.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE